

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-67,208-02 & WR-67,208-03

### EX PARTE ROBERT MITCHELL JENNINGS, Applicant

### ON APPLICANT'S SUGGESTION FOR RECONSIDERATION
### OF APPLICATIONS FOR POST-CONVICTION WRITS OF HABEAS CORPUS
### IN CAUSE NO. 506814 IN THE 208TH DISTRICT COURT
### HARRIS COUNTY

**ALCALA, J., filed a dissenting opinion.**

### DISSENTING OPINION

For the reasons set forth in my concurring and dissenting opinion that issued in the writ applications styled WR-67,208-03 and WR-67,208-04, I would hold that this Court should, on its own motion, reopen the writ application in WR-67,208-02 filed by Robert Mitchell Jennings, applicant. *See Ex parte Jennings*, __S.W.3d__, Nos. WR-67,208-03 & WR-67,208-04, 2018 WL 2247764, at *7 (Tex. Crim. App. May 16, 2018) (Alcala, J., concurring and dissenting); *Ex parte Jennings*, Nos. AP-75,806 & AP-75,807, 2008 WL 5049911 (Tex. Crim. App. Nov. 26, 2008) (opinion denying relief on -02 writ application).

In his suggestion for reconsideration of this Court's prior ruling rejecting the -02 application, applicant has argued that his death sentence should be vacated due to the sentencing jury's inability to properly consider his mitigation evidence of remorse in the absence of a proper mitigation special issue. Because I would order the habeas court to address the merits of that claim, I respectfully dissent from this Court's decision declining to reopen the -02 writ application.

Filed: September 19, 2018

Do Not Publish